IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TYRONE KELLY,** | : | **CIVIL ACTION NO. 1:25-CV-896** |
| **Plaintiff** | : | **(Judge Neary)** |
| v. | : | |
| **ACTING WARDEN,** *et al.*, | : | |
| **Defendants** | : | |

# ORDER

AND NOW, this 17th day of October, 2025, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Plaintiff's motions for leave to amend (Docs. 10, 18) are GRANTED**,** and his amended complaint (Doc. 12) is accepted by the court as properly filed in accordance with the court's prior grant of leave to amend, (see Docs. 8-9).

2. Plaintiff's amended complaint (Doc. 12) is DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted.

3. The Clerk of Court is directed to CLOSE this case.

　　　　　　　　　　　　　　　　　　　/S/ Keli M. Neary
　　　　　　　　　　　　　　　　　　　Keli M. Neary
　　　　　　　　　　　　　　　　　　　United States District Judge
　　　　　　　　　　　　　　　　　　　Middle District of Pennsylvania